COLIN M. RUBICH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



**FILED**
SEP 0 6 2018
Clerk, U.S District Court
District Of Montana
Great Falls

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA STANLEY ROBERTS,<br>and DANIEL THOMAS HIDALGO,<br><br>Defendants. | CR 18-_111_-BLG-_SPW_<br><br>**INDICTMENT**<br><br>ROBBERY AFFECTING COMMERCE<br>(Count I)<br>Title 18 U.S.C. §§ 1951(a) and 2<br>(Penalty: 20 years imprisonment, $250,000 fine, and three years supervised release)<br><br>POSSESSION OF A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE<br>(Count II)<br>Title 18 U.S.C. § 924(c)(1)(A)<br>(Penalty for possession: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years supervised release)<br><br>(Penalty for brandishing: Mandatory minimum seven years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years supervised release) |

|  | **PROHIBITED PERSON IN POSSESSION OF A FIREARM**<br>(Counts III, IV)<br>Title 18 U.S.C. §§ 922(g)(1), (g)(9)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)<br><br>**CRIMINAL FORFEITURE**<br>Title 18 U.S.C. § 924(d) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

On or about July 27, 2018, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, JOSHUA STANLEY ROBERTS, knowingly used actual and threatened force to unlawfully take money from the person and presence of an employee then working at Dotty's Casino, a business engaged in interstate commerce, thereby obstructing, delaying, and otherwise affecting commerce, and aided and abetted the same, in violation of 18 U.S.C. §§ 1951(a) and 2.

## COUNT II

On or about July 27, 2018, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, JOSHUA STANLEY ROBERTS, knowingly possessed a firearm in furtherance of a crime of violence that may be prosecuted in a court of the United States, namely robbery affecting commerce as

charged in count I of this indictment, in violation of 18 U.S.C. § 924(c)(1)(A).

The Grand Jury finds the firearm was brandished.

## COUNT III

On or about July 27, 2018, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, JOSHUA STANLEY ROBERTS, having been convicted on or about October 31, 2008, of a crime punishable by imprisonment for a term exceeding one year under the laws of the United States of America, knowingly possessed, in and affecting interstate commerce, a firearm, that is a Taurus, model PT92AFS, 9mm caliber semi-automatic pistol (S/N TF057311), in violation of 18 U.S.C. § 922(g)(1).

## COUNT IV

On or about July 27, 2018, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, DANIEL THOMAS HIDALGO, having been convicted on or about October 31, 2008, of a misdemeanor crime of domestic violence in the city of Billings, Montana, knowingly possessed, in and affecting interstate commerce, firearms, namely a Cobra, model CB380, .380 caliber derringer pistol (S/N TF57311) and a Smith & Wesson, model 38, .38 Special revolver (S/N 447620), in violation of 18 U.S.C. § 922(g)(9).

## FORFEITURE ALLEGATION

Upon conviction of any of the offense listed in counts I through III of this indictment, the defendant, JOSHUA STANLEY ROBERTS, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowingly violation of said offense.

Upon conviction of the offense listed in count IV of this indictment, the defendant, DANIEL THOMAS HIDALGO, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓
Warrants ✓ ✓
Bail:

4